DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GARY LAVERNE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0114 LJO |
| Plaintiff, | REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C § 4285; ORDER THEREON |
| v. | |
| GARY LAVERNE MITCHELL, | Date: December 5, 2011 Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Mr. Mitchell, through his undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of a round-trip ticket via Greyhound from Reno, NV to Fresno, CA, so that he may attend his required court appearance on December 5, 2011. Additionally, Mr. Mitchell requests the United States Marshal provide him with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a). 18 U.S.C. § 4285.

Mr. Mitchell has been found to be indigent and eligible for appointed counsel. Additionally, it has previously been determined that as an indigent defendant Mr. Mitchell is unable to afford to travel from his home in Reno, NV to his required court appearances in Fresno, CA without financial assistance. There has been no change of circumstance since the court's previous Order on September 12, 2011. He

///

therefore respectfully requests the Court direct that those expenses be paid as contemplated by 18 U.S.C. § 4285.

DATED: November 18, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Gary Laverne Mitchell

**ORDER**

A Request For Travel Assistance having been made to this Court, and good cause appearing therefore, IT IS HEREBY ORDERED pursuant to the provisions of Title 18 U.S.C. § 4285 that the United States Marshal shall furnish Mr. Mitchell, defendant on bond, with the cost of a round-trip Greyhound ticket from Reno, NV to Fresno, CA so that he may appear before United States District Judge Lawrence J. O'Neill on Monday, December 5, 2011 at 1:00 p.m. at the United States District Court located at 2500 Tulare Street, Fresno, California. This order includes transportation fare and subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a). Such expenses shall be paid by the U.S. Marshal out of funds authorized by the Attorney General for such expenses.

IT IS SO ORDERED.

**Dated: November 23, 2011**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE